IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL A. BARON AS SUCCESSOR IN IN INTEREST FOR MELISSA BLACKBURN, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 3:08cv0326 |
| CITIGROUP INC., ) ) | Judge Thomas A. Wiseman, Jr. |
| Defendant. ) | |

## ORDER

Before the Court is Defendant Citigroup Inc.'s Motion to Dismiss (Doc. No. 4), which is supported by a memorandum of law (Doc. No. 5). As discussed in the accompanying Memorandum Opinion, the Court finds that Plaintiff has not alleged facts sufficient to establish that Citigroup Inc. is the appropriate defendant in this action.

Defendant's motion is therefore **GRANTED** and this matter **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

This is a final judgment for purposes of Fed. R. Civ. P. 58.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge